FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE LUNA ORTIZ, individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>    Defendant. | No.  1:23-CV-03202-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 21. Plaintiff is represented by Edwardo Morfin. Defendant Allstate Fire & Casualty Insurance Company is represented by Bryan Case, Grace Wan, and Jon Bogdanov. The motion was considered without oral argument.

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties have requested the Court dismiss the case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

//

//

//

//

**ORDER OF DISMISSAL** * 1

Accordingly, **IT IS ORDERED:**

1. The Parties' Stipulated Motion to Dismiss, ECF No. 21, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice** and without fees or costs.

3. All hearing and trial dates are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 6th day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL * 2**